# Third District Court of Appeal

## State of Florida

Opinion filed May 17, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-0723
Lower Tribunal No. 20-3674 SP

————————

**Karina Uribe,**
Appellant,

vs.

**Jaime Sanchez Yarza,**
Appellee.

An Appeal from a non-final order from the County Court for Miami-Dade County, Miesha Darrough, Judge.

Corona Law Firm, P.A., and Ricardo M. Corona, and Michelle Denis, for appellant.

Law Offices of Richard J. Caldwell, P.A., and Richard J. Caldwell, for appellee.

Before EMAS, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed.